

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-7017
   Fax:        (415) 436-6748
6
   Attorneys for the United States of America
7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10
11  In the Matter of the Tax Liabilities of    CV. 08    0768

12  ALAN D. MILLER                             DECLARATION OF MARTHA LEVY

13

14       I, MARTHA LEVY, pursuant to 28 U.S.C. § 1746 and in support of the United States'

15  PETITION FOR JUDICIAL APPROVAL OF LEVY ON A PRINCIPAL RESIDENCE, declare

16  and state as follows:

17       1.    I am a duly commissioned Revenue Officer of the Internal Revenue Service (IRS).

18       2.    In my capacity as Revenue Officer, I am assigned to collect the unpaid Form 1040

19  federal income tax liabilities of Alan D. Miller for the years 1989-1991 and 2003-2005.

20       3.    The property which the IRS desires to levy is located at 175 Essex Way, Pacifica,

21  California (the 'Property').

22       4.    Attached as Exhibit 1 is a true and correct copy of the deed for the subject real

23  property. Upon information and belief, the property is the principal residence (within the

24  meaning of 26 U.S.C. § 121) of Alan D. Miller.

25       5.    Attached as Exhibit 2 is a true and correct copy of a Notice of Intent to Levy from

26  the IRS, dated December 21, 2005, informing Alan D. Miller of the IRS' intent to levy and of his

27  right to a hearing on his 2003 deficiency.

28

                                    1

1    6.    Attached as Exhibit 3 is a true and correct copy of a Notice of Intent to Levy from

2    the IRS, dated January 12, 2006, informing Alan D. Miller of the IRS' intent to levy and of his

3    right to a hearing on his 2004 deficiency.

4    7.    Attached as Exhibit 4 is a true and correct copy of a second Notice of Intent to

5    Levy from the IRS, dated April 24, 2007, to reflect the additional assessments made on March

6    19, 2007.

7    8.    Attached as Exhibit 5 is a true and correct copy of a Notice of Intent to Levy from

8    the IRS, dated December 8, 2006, informing Alan D. Miller of the IRS' intent to levy and of his

9    right to a hearing on his 2005 deficiency.

10    9.    Attached as Exhibits 6-9 are true and correct copies of Notices of Federal Tax

11    Liens filed against Alan D. Miller for the years at issue.

12    10.    Despite timely notice and demand for payment of tax liabilities, Alan D. Miller

13    has neglected or refused to make payment to the government, and there remains due and owing

14    on those liabilities the amount of $181,636.88, plus accrued interest and penalties of $99,448.75

15    as provided by law. The total balance due as of January 25, 2008 is $281,085.63.

16    11.    The IRS has followed the requirements of applicable law and administrative

17    procedures relevant to a levy on the Property.

18    12.    The IRS has attempted to collect Alan D. Miller's tax liabilities from assets other

19    than the Property, but no reasonable alternative exists to satisfy such liabilities.

20    I declare under penalty of perjury that the foregoing is true and correct.

21    Executed on the 31st day of January, 2008.

22

23    _Martha Levy_

24    MARTHA LEVY
      Revenue Officer
      Internal Revenue Service

25

26

27

28

2

RECORDING REQUESTED BY
Continental Land Title Company

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO

NAME     Mr. Alan D. Miller
STREET   175 Essex Way
ADDRESS  Pacifica, Ca. 94044

CITY,
MAIL
TO

103118

RF 3
LN
MF 1
AF 1
BR 5

86113017

RECORDED AT REQUEST OF
FOUNDERS TITLE COMPANY

OCT 10   11 38 AM '86

MARVIN CHURCH. RECORDER
SAN MATEO COUNTY
OFFICIAL RECORDS

—— SPACE ABOVE THIS LINE FOR RECORDER'S USE ——

| | | | ALL | |
| | | | PIN | |

Title Order No. _____ 103118 _____
Escrow or Loan No. __ CAL13109-IR __

## GRANT DEED

NO CONSIDERATION DUE

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $-0- NONE ____ CITY TAX $ -0-
computed on full value of property conveyed; or
computed on full value less value of liens or encumbrances remaining at time of sale,
Unincorporated area:     City of _____ , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

ALAN D. MILLER, who acquired title as an unmarried man

hereby GRANT(S) to

ALAN D. MILLER, a single man

the following described real property in the     City of Pacifica

County of    San Mateo          State of California

Lots 27 and 28, Block 8, as delineated upon that certain Map entitled,
"MAP OF SAN PEDRO-TERRACE-BY-THE-SEA BEING PART OF SAN PEDRO RANCHO SAN
MATEO COUNTY, CALIFORNIA", filed for record on February 3, 1908, in Book
5 of Maps at Page 60 in the Office of the Recorder of the County of San
Mateo, California.

APN   023-036-260          JPN   23-03-036-02
                                              24

86113017

Dated ____ September 10, 1986

STATE OF CALIFORNIA
COUNTY OF Santa Clara
On September 10, 1986, before me, the
undersigned, a Notary Public in and for said State, personally appeared
Alan D. Miller

_____
_____ personally
known to me or proved to me on the basis of satisfactory evidence to be
the person _____ whose name ____is____ subscribed to the within
instrument and acknowledged that ___he___ executed the same.
WITNESS my hand and official seal.

Alan D. Miller

ANNE NELSON
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
My Commission Exp. Sept 26, 1986

Exh 1

EXHIBIT 1

7C0 JEFFERSON AVENUE
2ND FLOOR
REDWOOD CITY, CA 94063

**Letter Date:**
  12/21/2005
**Social Security or**
**Employer Identification Number**

CERTIFIED MAIL - RETURN RECEIPT

**IRS Employee to Contact:**
  MARTHA LEVY
ALAN D MILLER                                    **Employee Identification Number:**
175 ESSEX WAY                                    94-06406
PACIFICA, CA 94044-3915                          **Contact Telephone Number:**
                                                 (650)298-0430x106

—

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

'      ay file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to
y      creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We've enclosed Publication 594 with more information, Publication 1660 explaining your right to appeal, and Form 12153 to request a Collection Due Process Hearing with Appeals.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

**EXHIBIT  2**

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**

harge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or í a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

MARTHA LEVY
REVENUE OFFICER

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | $12046.17 | $2430.07 | $1217.59 | $15693.83 |
| | | | | Total: | $15693.83 |

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
F    12153

Letter 1058 (DO) (Rev. 6-2004)
Catalog Number: 40488S

..ernal Revenue Service
700 JEFFERSON AVENUE
2ND FLOOR
REDWOOD CITY, CA 94063

**Department of the Treasury**

**Letter Date:**
  01/12/2006
**Social Security or**
**Employer Identification Number**

**CERTIFIED MAIL - RETURN RECEIPT**

ALAN D MILLER
175 ESSEX WAY
PACIFICA, CA 94044-3915

**Person to Contact:**
  MARTHA LEVY
**Contact Telephone Number:**
  (650)298-0430x106
**Employee Identification Number:**
  94-06406

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

'e may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public ,tice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. For more information, we've enclosed Publication 594, *What You Should Know About the IRS Collection Process,* Publication 1660, *Collection Appeal Rights,* and Form 12153, *Request for a Collection Due Process Hearing.* To preserve your right to contest Appeals' decision in the U.S. Tax Court or U.S. District Court, you must send us the completed Form 12153 within 30 days from the date of this letter.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

### Interest - Internal Revenue Code Section 6601
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**EXHIBIT** 3

**Letter 1058 (DO) (Rev. 6-2005)**
**Catalog Number: 40488S**

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time.  Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

/ou have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the ρ of this letter and let us know.

Sincerely yours,


MARTHA LEVY
REVENUE OFFICER

The amount you owe through 02/12/2006 is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | $16467.41 | $149.22 | $264.20 | $16880.83 |

Total:    $16880.83

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
Form 12153

Letter 1058 (DO) (Rev. 6-2005)
Catalog Number: 40488S

700 JEFFERSON
SECOND FLOOR
REDWOOD CITY, CA 94063

Letter Date:
04/24/2007
Social Security or
CERTIFIED MAIL - RETURN RECEIPT                                 Employer Identification Number

Person to Contact:
ALAN D MILLER                                                   A. POINTER
175 ESSEX WAY                                                   Contact Telephone Number:
PACIFICA, CA 94044-3915                                         (650)298-0430x103
                                                                Employee Identification Number:
                                                                94-07303

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. For more information, we've enclosed Publication 594, *What You Should Know About the IRS Collection Process,* Publication 1660, *Collection Appeal Rights,* and Form 12153, *Request for a Collection Due Process Hearing.* To preserve your right to contest Appeals' decision in the U.S. Tax Court or U.S. District Court, you must send us the completed Form 12153 within 30 days from the date of this letter.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

### Interest - Internal Revenue Code Section 6601
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or porations.

**EXHIBIT___4___**

## Paying Late - Internal Revenue Code Section 6651(a)(2)

We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

Sincerely yours,

A. Pointer

A. POINTER
REVENUE OFFICER

The amount you owe through 05/04/2007 is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | $28374.41 | $2387.52 | $3734.69 | $34496.62 |

Total:    $34496.62

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

**Letter 1058 (DO) (Rev. 6-2005)**
Catalog Number: 40488S

**Internal Revenue Service**
700 JEFFERSON
SECOND FLOOR
REDWOOD CITY, CA 94063

**Department of the Treasury**

**Letter Date:**
12/08/2006
**Social Security or**

**CERTIFIED MAIL - RETURN RECEIPT**

**Employer Identification Number**

**Person to Contact:**
A. POINTER
**Contact Telephone Number:**
(650)298-0430x103
**Employee Identification Number:**
94-07303

ALAN D MILLER
·175 ESSEX WAY
PACIFICA, CA 94044-3915

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### *PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

᾿ may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public ⹂ice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. For more information, we've enclosed Publication 594, *What You Should Know About the IRS Collection Process*, Publication 1660, *Collection Appeal Rights,* and Form 12153, *Request for a Collection Due Process Hearing.* To preserve your right to contest Appeals' decision in the U.S. Tax Court or U.S. District Court, you must send us the completed Form 12153 within 30 days from the date of this letter.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you. Below is a brief explanation of the interest and/or failure to pay penalty that may be included in the amount you owe:

### Interest - Internal Revenue Code Section 6601
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**EXHIBIT** $\underline{\;\;\;S\;\;\;}$

**Letter 1058 (DO) (Rev. 6-2005)**
**Catalog Number: 40488S**

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time.  Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

ɔu have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the ɔ of this letter and let us know.

Sincerely yours,

A. POINTER
REVENUE OFFICER

The amount you owe through 01/07/2007 is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | Amount You Owe |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | $198.98 | $0.00 | $1.80 | $200.78 |
| | | | | Total: | $200.78 |

Enclosures:
Copy of this letter
Publication 594
Publication 1660
Form 12153

**Letter 1058 (DO) (Rev. 6-2005)**
Catalog Number: 40488S

**Form 668 (Y)(c)**
(Rev. October 2000)

238

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #13<br>Lien Unit Phone: (510) 637-2386 | Serial Number<br>940240016 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

DOC # 2002-230541
11/08/2002 09:52A FX  Fee:7.00
Page 1 of 1
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder
Recorded By

Name of Taxpayer ALAN D MILLER

Residence    175 ESSEX WAY
PACIFICA, CA 94044-3915

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1987 | | 08/08/1988 | N/A | |
| 1040 | 12/31/1987 | | 03/05/2002 | 09/04/2012 | 25020.18 |
| 1040 | 12/31/1988 | | 07/24/1989 | N/A | |
| 1040 | 12/31/1988 | | 03/05/2002 | 09/04/2012 | 90507.47 |
| 1040 | 12/31/1989 | | 09/03/1990 | N/A | |
| 1040 | 12/31/1989 | | 03/05/2002 | 09/04/2012 | 74080.67 |
| 1040 | 12/31/1990 | | 11/11/1991 | N/A | |
| 1040 | 12/31/1990 | | 08/05/2002 | 09/04/2012 | 85678.13 |
| 1040 | 12/31/1991 | | 08/05/2002 | 09/04/2012 | 46004.50 |

Place of Filing

SAN MATEO
REDWOOD CITY, CA 94063

Total $    321290.95

This notice was prepared and signed at _____ OAKLAND, CA _____ , on this,

the __23rd__ day of __October__ , 2002.

| Signature<br>for MARTHA LEVY | Title<br>REVENUE OFFICER<br>(650) 298-0430    33-10-2207 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT NO 60025X

EXHIBIT 6

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585



**2005-121540**
10:07am 07/20/05 FX Fee: 7.00
Count of pages 1
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

* 2 0 0 5 0 1 2 1 5 4 0 A R *

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1872 Department of the Treasury - Internal Revenue Service |
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #13 | Serial Number |
| Lien Unit Phone: (800) 913-6050 | 236804805 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer ALAN D MILLER

| Residence | 175 ESSEX WAY |
| | PACIFICA, CA 94044-3915 |

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | | 04/19/2004 | 05/19/2014 | 12036.17 |

| Place of Filing | | | |
| | SAN MATEO | | |
| | REDWOOD CITY, CA 94063 | Total | $ 12036.17 |

This notice was prepared and signed at _____OAKLAND, CA_____, on this,
the ____08th__ day of __July____, 2005.

| Signature | Title |
| *(signature)* | REVENUE OFFICER |
| for MARTHA LEVY | (650) 298-0430 | 33-11-2207 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 7

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

**2006-011730**

10:39am 01/25/06 FX  Fee: 7.00
Count of pages 1
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20060011730AR*

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1872 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 268243806 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  ALAN D MILLER

Residence       175 ESSEX WAY
                PACIFICA, CA 94044-3915

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | | 11/21/2005 | 12/21/2015 | 16467.41 |

| Place of Filing | | | |
|---|---|---|---|
| SAN MATEO REDWOOD CITY, CA 94063 | | Total $ | 16467.41 |

This notice was prepared and signed at  LOS ANGELES, CA  , on this, the   13th  day of  January  , 2006.

| Signature | Title |
|---|---|
| *Susan A. Hansen* | REVENUE OFFICER                 27-12-2207 |
| for MARTHA LEVY | (650) 298-0430 x1060 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



Order: Non-Order Search Doc: CASANM:2006 00011730      Page 1 of 1      Created By: sbemus  Printed: 1/3/2007 4:08:24 PM PST

```
-------------------------------------+--------------------------------------
    INTERNAL REVENUE SERVICE          | Lien Recorded   : 12/26/2006 - 09:58AM
  FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 2006-194511
                                      | UCC Number    :
                                      | Liber         :
                                      | Page          :
-------------------------------------+--------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #7 | IRS Serial Number: 333816706
Lien Unit Phone: (800) 913-6050       |
-------------------------------------------------------------------------
                This Lien Has Been Filed in Accordance with
                Internal Revenue Regulation 301.6323(f)-1.
-------------------------------------------------------------------------
Name of Taxpayer :
  ALAN D MILLER


-------------------------------------------------------------------------
Residence :
  175 ESSEX WAY
  PACIFICA, CA 94044-3915
-------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
-------+----------+------------+-----------+------------------+----------------
 Form  | Period   | ID Number  | Assessed  | Refile Deadline  | Unpaid Balance
 (a)   |  (b)     |   (c)      |   (d)     |      (e)         |     (f)
-------+----------+------------+-----------+------------------+----------------
 1040  12/31/2005  XXX-XX-4091  11/20/2006    12/20/2016            198.98
```

```
--------------------------------------------------------------------------
Filed at:                                                    |
           SAN MATEO                               Total  | $      198.98
           REDWOOD CITY, CA 94063                            |
--------------------------------------------------------------------------
This notice was prepared and executed at LOS ANGELES, CA
on this, the 12th day of December, 2006.
--------------------------------------------------------------------------
Authorizing Official:                 | Title:
    A. POINTER                        |    REVENUE OFFICER        27-12-2252
                                      |
--------------------------------------------------------------------------
```

EXHIBIT___9