1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone:   (415) 436-7017
    Fax:         (415) 436-6748

*E-filing*

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA and          CV. 08          0768
    MARTHA LEVY, Revenue Officer,

12              Petitioners,              )  DECLARATION OF THOMAS MOORE
                                          )  IN SUPPORT OF PETITION FOR
13         v.                             )  JUDICIAL APPROVAL OF LEVY ON
                                          )  A PRINCIPAL RESIDENCE
14  ALAN D. MILLER,                       )
                                          )
15              Respondent.               )
                                          )
16  _____    )

17         I, Thomas Moore, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

18         1.      I am employed as an Assistant United States attorney with the United States

19  Attorney, in the offices located in San Francisco, California.

20         2.      As part of my duties, I have custody of IRS taxpayer records for the cases assigned

21  to me, including this matter.

22         3.      Attached hereto as Exhibits 1-6 are true and correct copies of the Certificate of

23  Assessments and Payments for Alan D. Miller for the 1989-1991 and 2003-2005 tax years.

24         I declare under penalty of perjury that the foregoing is true and correct

25  Executed on January _3/_, 2008, San Francisco, California.

26

27                                        _____
                                          THOMAS MOORE
28                                        Assistant United States Attorney
                                          Tax Division

                                          1

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: December 13, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Alan D. Miller, ?                              ', covering United States Individual Income Tax for the period ending December 31, 1989 –

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

**EXHIBIT____|____**

--------------------------------------------------------------------------------

ALAN D MILLER                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989

                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                  (REVERSAL)   (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                 133,958.00

          TAXABLE INCOME
                 112,600.00

07-28-1990 RETURN FILED & TAX ASSESSED              5,669.00     09-03-1990
           89221-216-02008-0  199034

04-17-1989 ESTIMATED TAX DECLARATION                3,000.00

06-23-1989 ESTIMATED TAX DECLARATION                3,000.00

09-15-1989 ESTIMATED TAX DECLARATION                2,295.00

01-16-1990 ESTIMATED TAX DECLARATION                2,295.00

04-15-1990 EXTENSION OF TIME TO FILE
           EXT. DATE  08-15-1990

09-03-1990 REFUND                                  (4,921.00)

           ADDITIONAL TAX ASSESSED     26,419.00              08-05-2002
           BY EXAMINATION
           AUDIT DEFICIENCY AFTER
           30 OR 60 DAY LETTER
           29247-599-08008-2  20023008

08-05-2002 RENUMBERED RETURN
           29247-599-08008-2

           INTEREST ASSESSED          47,661.67              08-05-2002
           20023008

10-21-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE  1

--------------------------------------------------------------------------------

ALAN D MILLER                              EIN/SSN:              1


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-22-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 10-25-2002 | FEDERAL TAX LIEN | | | |
| 10-27-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 02-04-2004 | OVERPAID CREDIT APPLIED 1040        198612 | | 29,957.35 | |
| 02-04-2004 | OVERPAID CREDIT APPLIED 1040        198712 | | 27,384.02 | |
| 04-22-2004 | OFFER IN COMPROMISE PENDING | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-23-2005 | OFFER IN COMPROMISE REJECTED, RETURNED, TERMINATED | | | |
| 03-28-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                 PAGE    2

```
ALAN D MILLER                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989


                               ASSESSMENT,  PAYMENT,   ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT     DATE (23C,
                               (REVERSAL)   (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------

04-04-2005 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-16-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

07-22-2005 FEDERAL TAX LIEN

08-22-2005 FEES AND COLLECTION COSTS          20.00

11-03-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-24-2006 SUBSEQUENT PAYMENT                      813.61
           LEVY

04-15-2007 INTEREST OVERPAYMENT                      4.39
           CREDIT .
           1040      200612

04-15-2007 OVERPAID CREDIT APPLIED                6,609.00
           1040      200612

04-15-2007 OVERPAID CREDIT APPLIED                  25.61
           1040      200612

08-05-2002 Statutory Notice of Balance Due

08-26-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)            PAGE   3
```

-------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1989

                                ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS    CREDIT    DATE (23C,
                                (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
03-21-2005 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    4

--------------------------------------------------------------------------------

ALAN D MILLER                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
--------------------------------------------------------------------------------


BALANCE         9,306.69

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
                L. Marott
PRINT NAME:_____

           Chief, Accounting Operations
TITLE:_____

                WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/11/2007

FORM 4340  (REV. 01-2002)                  PAGE   5

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: December 13, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Alan D. Miller,                              , covering United States Individual Income Tax for the period ending December 31, 1990

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

**EXHIBIT** 2

Form **2866** (Rev. 09-1997)

---

ALAN D MILLER                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1990

```
                                      ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                      (REVERSAL)    (REVERSAL)  RAC 006 )
```
------------------------------------------------------------------------

        ADJUSTED GROSS INCOME
                 148,080.00

        TAXABLE INCOME
                 124,511.00

10-10-1991 RETURN FILED & TAX ASSESSED              1,111.00    11-11-1991
        89221-285-13916-1  199144

04-18-1990 ESTIMATED TAX DECLARATION                2,500.00

06-16-1990 ESTIMATED TAX DECLARATION                2,500.00

09-14-1990 ESTIMATED TAX DECLARATION                2,500.00

01-17-1991 ESTIMATED TAX DECLARATION                2,500.00

04-15-1991 EXTENSION OF TIME TO FILE
        EXT. DATE  08-15-1991

08-11-1991 EXTENSION OF TIME TO FILE
        EXT. DATE  10-15-1991

11-11-1991 REFUND                                  (8,889.00)

        ADDITIONAL TAX ASSESSED       34,326.00               08-05-2002
        BY EXAMINATION
        AUDIT DEFICIENCY AFTER
        30 OR 60 DAY LETTER
        29247-599-08000-2  20023008

08-05-2002 RENUMBERED RETURN
        29247-599-08000-2

        INTEREST ASSESSED             51,352.13               08-05-2002
        20023008

10-21-2002 MODULE BLOCKED OR
        RELEASED FROM FEDERAL
        PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)             PAGE   1

ALAN D MILLER                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1990

|      |                                         | ASSESSMENT, | PAYMENT,    | ASSESSMENT  |
|------|-----------------------------------------|-------------|-------------|-------------|
| DATE | EXPLANATION OF TRANSACTION              | OTHER DEBITS| CREDIT      | DATE (23C,  |
|      |                                         | (REVERSAL)  | (REVERSAL)  | RAC 006 )   |

10-22-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-25-2002 FEDERAL TAX LIEN

10-27-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

04-22-2004 OFFER IN COMPROMISE
           PENDING

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-23-2005 OFFER IN COMPROMISE
           REJECTED, RETURNED,
           TERMINATED

03-28-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-04-2005 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1990

|      |                             | ASSESSMENT,  | PAYMENT,   | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION  | OTHER DEBITS | CREDIT     | DATE (23C, |
|      |                             | (REVERSAL)   | (REVERSAL) | RAC 006 )  |
--------------------------------------------------------------------------------

05-16-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

07-22-2005 FEDERAL TAX LIEN

11-03-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

08-05-2002 Statutory Notice of Balance Due

08-26-2002 Statutory Notice of Intent to Levy

03-21-2005 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    3

ALAN D MILLER                          EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1990
-------------------------------------------------------------------------------

BALANCE        85,678.13

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
               L. Marott
PRINT NAME:

               Chief, Accounting Operations
TITLE:

               WI-11-5
DELEGATION ORDER:

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 12/11/2007

FORM 4340  (REV. 01-2002)              PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: December 13, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Alan D. Miller,                              , covering United States Individual Income Tax for the period ending December 31, 1991

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

**EXHIBIT** 3

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1991

|  |  | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE (23C,<br>RAC 006 ) |
|------|------|------|------|------|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |

--------------------------------------------------------------------------------

        ADJUSTED GROSS INCOME
                98,402.00

        TAXABLE INCOME
                76,380.00

| 10-29-1992 RETURN FILED & TAX ASSESSED<br>89221-305-08100-2 |  | 0.00 | 11-30-1992 |

| 04-15-1991 ESTIMATED TAX DECLARATION |  | 2,500.00 |  |

| 06-19-1991 ESTIMATED TAX DECLARATION |  | 2,500.00 |  |

| 09-18-1991 ESTIMATED TAX DECLARATION |  | 2,500.00 |  |

| 01-15-1992 ESTIMATED TAX DECLARATION |  | 2,500.00 |  |

04-15-1992 EXTENSION OF TIME TO FILE
        EXT. DATE  08-15-1992

08-19-1992 EXTENSION OF TIME TO FILE
        EXT. DATE  10-15-1992

| 04-15-1992 OVERPAYMENT CREDIT ELECT<br>TRANSFERRED TO NEXT<br>TAX PERIOD |  | (10,000.00) |  |

| LATE FILING PENALTY<br>20023008 | 477.65 |  | 08-05-2002 |

| ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT DEFICIENCY AFTER<br>30 OR 60 DAY LETTER<br>29247-599-08001-2  20023008 | 19,553.00 |  | 08-05-2002 |

08-05-2002 RENUMBERED RETURN
        29247-599-08001-2

FORM 4340  (REV. 01-2002)              PAGE   1

```
------------------------------------------------------------------------------
```

ALAN D MILLER                           EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1991

|      |                            | ASSESSMENT, | PAYMENT,   | ASSESSMENT |
|------|----------------------------|-------------|------------|------------|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT    | DATE (23C, |
|      |                            | (REVERSAL)  | (REVERSAL) | RAC 006 )  |

```
------------------------------------------------------------------------------
```

|            | INTEREST ASSESSED<br>20023008 |  | 25,973.85 | 08-05-2002 |

10-21-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

10-22-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

10-25-2002 FEDERAL TAX LIEN

10-27-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

04-22-2004 OFFER IN COMPROMISE
           PENDING

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-23-2005 OFFER IN COMPROMISE
           REJECTED, RETURNED,
           TERMINATED

FORM 4340  (REV. 01-2002)               PAGE    2

----------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:            .


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
                .

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)  RAC 006 )
----------------------------------------------------------------------

03-28-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM                 .

04-04-2005 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

05-16-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

07-22-2005 FEDERAL TAX LIEN

11-03-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

08-05-2002 Statutory Notice of Balance Due

08-26-2002 Statutory Notice of Intent to Levy

03-21-2005 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    3

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
--------------------------------------------------------------------------------


BALANCE      46,004.50

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
               L. Marott
PRINT NAME:
          Chief, Accounting Operations
TITLE:
               WI-11-5
DELEGATION ORDER:


LOCATION: INTERNAL REVENUE SERVICE


     ACCOUNT STATUS DATE 12/11/2007

FORM 4340  (REV. 01-2002)              PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: December 13, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other
Specified Matters for Alan D. Miller, ‹                              ›vering United States
Individual Income Tax for the period ending December 31, 2003

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

**EXHIBIT** 4

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

ALAN D MILLER                                    EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2003

|      |                             | ASSESSMENT,  | PAYMENT,   | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION  | OTHER DEBITS | CREDIT     | DATE (23C, |
|      |                             | (REVERSAL)   | (REVERSAL) | RAC 006 )  |
--------------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                 83,321.00

          TAXABLE INCOME
                 60,159.00

04-15-2004 RETURN FILED & TAX ASSESSED                    11,854.00      04-19-2004
           89221-087-92835-4  200414

           ESTIMATED TAX PENALTY                             116.42      04-19-2004
           20041408

           FAILURE TO PAY TAX                                 59.27      04-19-2004
           PENALTY
           20041408

           INTEREST ASSESSED                                   6.48      04-19-2004
           20041408

04-22-2004 OFFER IN COMPROMISE
           PENDING

02-23-2005 OFFER IN COMPROMISE
           REJECTED, RETURNED,
           TERMINATED

05-16-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

07-15-2005 FEDERAL TAX LIEN

08-08-2005 FEES AND COLLECTION COSTS                          10.00

12-21-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

04-19-2004 Statutory Notice of Balance Due

05-10-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE   1

------------------------------------------------------------------------------

ALAN D MILLER                              EIN/SSN:          1


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   2003

                                  ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                  (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------
03-21-2005 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                 PAGE     2

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN·

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003
--------------------------------------------------------------------------------

BALANCE      12,046.17

--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
                  L. Marott
PRINT NAME:
           Chief, Accounting Operations
TITLE:
                  WI-11-5
DELEGATION ORDER:

LOCATION: INTERNAL REVENUE SERVICE

     ACCOUNT STATUS DATE 12/11/2007

FORM 4340  (REV. 01-2002)              PAGE    3

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: December 13, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other
Specified Matters for Alan D. Miller, '                                   :, covering United States
Individual Income Tax for the period ending December 31, 2004

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

**EXHIBIT** 5

Catalog Number 19002E                                       Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2004

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS  CREDIT     DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                    104,654.00

          TAXABLE INCOME
                    75,215.00

10-19-2005 RETURN FILED & TAX ASSESSED          14,922.00     11-21-2005
           89221-295-90726-5  200545

04-15-2005 EXTENSION OF TIME TO FILE
           EXT. DATE  08-15-2005

08-15-2005 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2005

           ESTIMATED TAX PENALTY               377.00        11-21-2005
           20054508

           FAILURE TO PAY TAX                  596.88        11-21-2005
           PENALTY
           20054508

           INTEREST ASSESSED                   571.53        11-21-2005
           20054508

02-06-2006 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-06-2006 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-13-2006 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)              PAGE   1

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004

```
                                        ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION    OTHER DEBITS   CREDIT     DATE (23C,
                                        (REVERSAL)   (REVERSAL)   RAC 006 )
```
--------------------------------------------------------------------------------

01-20-2006 FEDERAL TAX LIEN

02-13-2006 FEES AND COLLECTION COSTS              14.00

01-19-2006 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

02-06-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

           MISCELLANEOUS PENALTY             1,982.00        03-19-2007
           IRC 6662 ACCURACY PENALTY
           89254-454-65969-7  20071008

           ADDITIONAL TAX ASSESSED          9,911.00        03-19-2007
           89254-454-65969-7  20071008

03-19-2007 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

04-24-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-14-2007 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE   2

Case 3:08-cv-00768-TEH    Document 4    Filed 02/01/2008

-------------------------------------------------------------------------------

ALAN D MILLER                           EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2004

```
                                   ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                   (REVERSAL)   (REVERSAL)  RAC 006 )
```
-------------------------------------------------------------------------------

05-04-2007 FEDERAL TAX LIEN

05-28-2007 FEES AND COLLECTION COSTS              14.00

05-29-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

11-21-2005 Statutory Notice of Balance Due

03-19-2007 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2004
--------------------------------------------------------------------------------


BALANCE        28,388.41

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

                  L. Marott
PRINT NAME:_____

           Chief, Accounting Operations
TITLE:_____

                  WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/11/2007

FORM 4340  (REV. 01-2002)              PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: December 13, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Alan D. Miller, ⁻  ̄ ᐧ ᐧ ⁻  ᐧ ᐧ ᐧ  ᐧ ᐧ , ᐧ ᐧvering United States Individual Income Tax for the period ending December 31, 2005

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

**EXHIBIT** 6

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005

```
                                    ASSESSMENT,   PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
```
--------------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                  76,896.00

          TAXABLE INCOME
                  45,704.00

10-14-2006 RETURN FILED & TAX ASSESSED                 8,096.00      11-20-2006
          89211-294-41827-6  200645

01-19-2006 ESTIMATED TAX DECLARATION                   8,000.00

04-15-2006 EXTENSION OF TIME TO FILE
          EXT. DATE  10-15-2006

04-15-2006 SUBSEQUENT PAYMENT                             96.00

          ESTIMATED TAX PENALTY                        198.98      11-20-2006
          20064508

12-11-2006 INTENT TO LEVY COLLECTION
          DUE PROCESS NOTICE
          COLL DUE PROCESS NOTICE
          REFUSED/UNCLAIMED

12-11-2006 INTENT TO LEVY COLLECTION
          DUE PROCESS NOTICE
          LEVY NOTICE ISSUED

12-15-2006 FEDERAL TAX LIEN

01-08-2007 FEES AND COLLECTION COSTS            14.00

02-26-2007 MODULE IN FEDERAL PAYMENT
          LEVY PROGRAM

11-20-2006 Statutory Notice of Balance Due

12-25-2006 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE   1

Case 3:08-cv-00768-TEH    Document 4    Filed 02/01/2008

--------------------------------------------------------------------------------

ALAN D MILLER                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005
--------------------------------------------------------------------------------


BALANCE          212.98

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
                 L. Marott
PRINT NAME:

          Chief, Accounting Operations
TITLE:

              WI-11-5
DELEGATION ORDER:


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 12/11/2007

FORM 4340  (REV. 01-2002)              PAGE    2