| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>9th Floor Federal Building |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 5 | Telephone: (415) 436-7017<br>Fax: (415) 436-6748 |

**RECEIVED** FEB 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>MARTHA LEVY, Revenue Officer,<br><br>          Petitioners,<br>v.<br><br>ALAN D. MILLER,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV 08 0768<br>[proposed]<br>**ORDER TO SHOW CAUSE RE:**<br>**JUDICIAL APPROVAL OF LEVY**<br>**UPON PRINCIPAL RESIDENCE** |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

**ORDERED** that respondent Alan D. Miller appear before this Court on the 31st day of March, 2008, at 10 a.m., in Courtroom No. 12, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why the IRS should not be granted approval to levy upon respondent's principal residence, and provide documents and testimony, if any, which demonstrates that (26 C.F.R. § 301.6334-1(d)(2)):

      A.    The underlying liability has been satisfied;

      B.    He has other assets from which the liability can be satisfied; or

      C.    The Internal Revenue Service did not follow the applicable laws or procedures pertaining to the levy;

and it is further

1     **ORDERED** that a copy of this Order to Show Cause, together with a copy of the
2 aforementioned petition and supporting declarations, be served upon said respondent in
3 accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days
4 before the return date of this Order above specified; and it is further
5     **ORDERED** that within twenty-one (21) days before the return date of this Order,
6 respondent may file and serve a written response to the petition, supported by appropriate
7 affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, that the petitioner may file
8 and serve a written reply to such response, if any, within fourteen (14) days before the return date
9 of this Order, and only those issues raised by the pleadings will be considered on the return date
10 of this Order, and only those issues raised by motion or brought into controversy by the
11 responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the
12 return of this Order, and any uncontested allegation in the petition will be considered admitted.
13     **ORDERED** this  5th  day of    February    , 2008, at San Francisco,
14 California.

_____
UNITED STATES DISTRICT JUDGE