UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: Thelton E. Henderson**

**Date**: March 31, 2008

**Case No:** C 08-00768 TEH

**Case Title**: UNITED STATES, et al. v. ALAN D MILLER

**Appearances:**

    For Plaintiff(s): Tom Moore

    For Defendant(s): no appearance

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: Kathy Wyatt

## PROCEEDINGS

1. Show Cause Hearing - held

## SUMMARY

- Petitioner is to inform this Court of the status of the check issued on Thursday, 04/03/08.
- A draft of the order to dismiss is given to the Court.