IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | No. C-08-0768-TEH |
| Plaintiff, ) | |
| v. ) | **[proposed]** |
| ) | **ORDER GRANTING PETITION FOR** |
| ALAN D. MILLER, ) | **LEVY ON PRINCIPAL RESIDENCE** |
| Defendant. ) | |

This matter having come before the undersigned upon the Petition of the United States and accompanying Declaration, and the Court having issued an Order to Show Cause Re: Judicial Approval Of Levy On A Principal Residence, which was properly served upon Alan D. Miller, and no written objections having been filed within 35 days of the Order to Show Cause Re: Judicial Approval Of Levy On A Principal Residence as directed therein, upon consideration of the Court,

IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition For Judicial Approval of Levy On A Principal Residence. The Internal Revenue Service may levy upon Alan D. Miller's interest in the property located at 175 Essex Way, Pacifica, California to satisfy part or all of the unpaid tax liabilities for the taxable year 1989, 1990, 1991, 2003, 2004, 2005, which may be executed by any authorized officer of the Internal Revenue Service.

///

1  It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

2  Alan D. Miller
3  175 Essex Way
   Pacifica, California 94044-3915

4

5  Dated this ____ day of _____, 2008.

6

7  _____
   UNITED STATES DISTRICT JUDGE
8

28 [proposed] Order Granting Petition
   For Levy On Principal Residence
   (No. C-08-0768-TEH)                    - 2 -

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**[PROPOSED] ORDER GRANTING PETITION FOR LEVY ON PRINCIPAL RESIDENCE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

_____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Alan D. Miller
175 Essex Way
Pacifica, California 94044

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 1, 2008** at San Francisco, California.

                                                     /s/ Kathy Tat
                                                    **KATHY TAT**
                                                    **Legal Assistant**