1
2                                    IN THE UNITED STATES DISTRICT COURT
3
4                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5

6  UNITED STATE OF AMERICA AND                              No. CV 08-00768 TEH
   MARTHA LEVY,
7
              Plaintiff,                                    **JUDGMENT IN A CIVIL CASE**
8
   v.
9
   ALAN D MILLER,
10
              Defendant.
11  _____/

12
         **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues
13
   have been tried and the jury has rendered its verdict.
14
         **(XX)  Decision by Court.** This action came to trial or hearing before the Court.
15
   The issues have been tried or heard and a decision has been rendered.
16
         **IT IS SO ORDERED AND ADJUDGED** that the petition for approval of levy on
17
   principal residence is GRANTED.
18

19
   Dated: 04/03/08                                          Richard W. Wieking, Clerk
20
                                                            By: R.B. Espinosa
21                                                              Deputy Clerk

22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA AND MARTHA LEVY et al, | Case Number: CV08-0768 TEH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALAN D MILLER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan D. Miller
175 Essex Way
Pacifica, CA 94044-3915

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk